UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Case No. 20-48230

DIANE  LYNN HOFMAN,                                   Chapter 7

                                                      Judge Thomas J. Tucker

                    Debtor.
_____/

### ORDER DENYING DEBTOR'S APPLICATION TO WAIVE
### THE CHAPTER 7 FILING FEE

This case is before the Court on the Debtor's Application to Waive the Chapter 7 Filing Fee, filed July 30, 2020 (Docket # 6, the "Application"). The Court will not grant this Application, because upon review of the Application and Debtor's Schedules A/B and I and J (Docket # 1), the Court finds that the Debtor's household receives $2,422.00 per month in social security income from the Debtor's two "dependents" (her aunt and her mother), as disclosed at line 13 of Schedule I, and on Schedule J, line 2. This social security income of the Debtor's "dependents" must be considered by the Court in determining whether to waive the filing fee. In considering that income plus the Debtor's monthly income of $1,921.00 per month, the Court finds that the Debtor can afford to pay the filing fee in installments. As a result, the Court will not waive the filing fee.

IT IS ORDERED that Debtor's Application to Waive the Chapter 7 Filing Fee (Docket # 6) is DENIED.

IT IS FURTHER ORDERED that the filing fee must be paid in installments by the following dates:

|  |  |
|---|---|
| 1st installment of $112 due: | September 2, 2020 |
| 2nd installment of $112 due: | October 1, 2020 |
| last installment of $111 due: | November 2, 2020 |

**Signed on August 19, 2020**



/s/ **Thomas J. Tucker**
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**